# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2014-0022, <u>New Hampshire Department of Environmental Services v. Donald R. Lee, Sr.</u>, the court on January 30, 2015, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Donald R. Lee, Sr., appeals an order of the Superior Court (<u>O'Neill</u>, J.) assessing civil penalties against him following summary judgment in favor of the plaintiff, the New Hampshire Department of Environmental Services (DES). <u>See</u> RSA 482-A:14, :14-b (2013). We note that the defendant did not appeal the summary judgment order. He argues that: (1) the trial court did not rule on his "Objection to Incorrect Facts in Summary Judgment," which was filed after summary judgment was granted; (2) the trial court did not rule on his "Motion to Proceed on Dredge and Fill Application," also filed after summary judgment was granted, the substance of which was addressed in the civil action between the Ossipee Bluffs Association and him; (3) "the State is imposing a fine for non-compliance, that the State has instrumented"; (4) the trial court failed to address his testimony in its order; (5) "the Attorney General's Office . . . has decided to stop [him] from resolving this case"; and (6) "[t]he Attorney General's Office is representing a private party (Ossipee Bluffs Association)."

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. ___, ___ (decided September 12, 2014). Based upon our review of the trial court's order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See</u> <u>id.</u>

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**